U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: James Earl Warren  Aka: James Earl Warren, Jr. | Address: City, State and Zip Code: ▓▓▓▓▓▓▓▓▓▓▓ Milwaukee, Wisconsin 53210 |
|---|---|
| Date of Birth: xx-xx-1986 | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of U.S. Attorney: Francis D. Schmitz  William J. Lipscomb | |
| Has warrant been issued? No | When? | By Whom? |
| Has warrant been executed? No | When? | Where? |
| Has defendant appeared before a Magistrate? No | When? | Who? |
| Is the defendant in custody? No | Where? | |
| Pretrial Scheduling Conference Necessary? ☐ YES ☒ NO | | |

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| X | | | | X |

Milwaukee Case ☒     Green Bay Case ☐     County: Milwaukee

Minor Offense

Petty Offense

Arraignment & plea before:     Judge:     Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Charge | Penalty |
|---|---|---|
| 2-3 | Distribution of a controlled substance - (ecstacy) 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | 30 years imprisonment; $2,000,000 fine; at least 6 years supervised release; $100 special assessment[1] |
| 4 | Possession of a firearm by a felon 18 U.S.C. §§ 922(g)(1) & 924(a)(2) | 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |

**Agency/Agent:**    ATF Jacqui Sutton

**OCDETF:**        No

---

[1] With the filing of an § 851 information for Wright.

| | | |
|---|---|---|
| U.S. Department of Justice | | |
| Executive Office for United States Attorneys | | |
| U.S. Attorneys | | |

| Name of Defendant: | Address: City, State and Zip Code: |
|---|---|
| Chauncey D. Wright | ▬▬▬▬▬▬▬▬▬ <br> Milwaukee, Wisconsin 53216 |
| Date of Birth: | Occupation: |
| xx-xx-1984 | Unknown |
| Name of Defendant's Attorney: | Address of Defendant's Attorney: |
| Unknown | Unknown |

| Name of U.S. Attorney: |
|---|
| Francis D. Schmitz <br> William J. Lipscomb |

| Has warrant been issued? | When? | By Whom? |
|---|---|---|
| No | | |

| Has warrant been executed? | When? | Where? |
|---|---|---|
| No | | |

| Has defendant appeared before a Magistrate? | When? | Who? |
|---|---|---|
| No | | |

| Is the defendant in custody? | Where? |
|---|---|
| No | |

| Pretrial Scheduling Conference Necessary? | ☐ YES | ☒ NO |
|---|---|---|

| Issue: | | | | |
|---|---|---|---|---|
| WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
| X | | | | X |

| Milwaukee Case ☒ | Green Bay Case ☐ | County: Milwaukee |
|---|---|---|

| Minor Offense |
|---|
| |

| Petty Offense |
|---|
| |

| Arraignment & plea before: | Judge: | Magistrate: |
|---|---|---|

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Charge | Penalty |
|---|---|---|
| 1-3 | Distribution of a controlled substance - (cocaine base count 1 /ecstacy count 2-3) <br> *21 U.S.C. §§ 841(a)(1) & (b)(1)(C)* | 30 years imprisonment; $2,000,000 fine; at least 6 years supervised release; $100 special assessment[1] |
| 5-7 | Possession of a firearm by a felon <br> *18 U.S.C. §§ 922(g)(1) & 924(a)(2)* | 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |
| 6 | Distribution of a controlled substance - (cocaine base) <br> *21 U.S.C. §§ 841(a)(1) & (b)(1)(B)* | 10 years to life imprisonment; $8,000,000 fine; at least 8 years supervised release; $100 special assessment[2] |

**Agency/Agent:** ATF Jacqui Sutton **OCDETF:** No

---

[1] With the filing of an § 851 information for Wright.
[2] With the filing of an § 851 information