U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2013 MAY 14 P 3: 49

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES E. WARREN,

    Defendant.

Case No. 12-CR-242
[18 U.S.C. §§ 2, 922(g)(1), 924(a)(2) & 924(c); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 27, 2012, in the State and Eastern District of Wisconsin,

**JAMES E. WARREN**

knowingly and intentionally distributed pills, represented to be Ecstasy, that contained one or more Schedule I controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 11, 2012, in the State and Eastern District of Wisconsin,

### JAMES E. WARREN

knowingly and intentionally distributed pills, represented to be Ecstasy, that contained one or more Schedule I controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about July 11, 2012, in the State and Eastern District of Wisconsin,

**JAMES E. WARREN,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Taurus, model 85, .38 special caliber revolver, bearing serial number NJ80644.

All in violation of Title 18, United States Code, Sections 2, 922(g)(1), and 924(a)(2).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about July 11, 2012, in the State and Eastern District of Wisconsin,

**JAMES E. WARREN**

unlawfully and knowingly carried a firearm during and in relation to the drug trafficking crime charged in Count Two of this Second Superseding Indictment.

2. The firearm is more fully described as a Taurus, model 85, .38 special caliber revolver, bearing serial number NJ80644.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 11, 2013, in the State and Eastern District of Wisconsin,

**JAMES E. WARREN**

knowingly and intentionally possessed with intent to distribute pills that contained one or more Schedule I controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON

Date: 14 May 2013

_____
JAMES L. SANTELLE
United States Attorney